■ In the Matter of JAMES M. FOX, Respondent, v ELAINE H. Fox, Appellant. (Appeal No. 1.) [939 NYS2d 904]—Appeal from an order of the Family Court, Ontario County (William F. Kocher,

J.), entered November 23, 2009 in a proceeding pursuant to Family Court Act article 6. The order, inter alia, granted sole legal and physical custody of the parties' child to petitioner.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Matter of Fox v Fox* (93 AD3d 1224 [2012]. Present—Scudder, P.J., Smith, Carni and Sconiers, JJ.